

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00045-CR

| | | |
|---|---|---|
| MARTINIANO ELIASMARTINEZ, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1640051D) |
| | § | March 14, 2024 |
| V. | | |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell